# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

PAUL J. BUKOVINSKY, II,       :   No. 445 WAL 2015

             Petitioner     :

                         :   Petition for Allowance of Appeal from
                         :   the Order of the Superior Court

        v.                  :

G4S SOLUTIONS, LISA HENNICK, AND   :
RAYMOND BROCK,             :

             Respondents    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 22nd day of February, 2016, the Petition for Allowance of Appeal is **DENIED**.

     Justice Eakin did not participate in the decision of this matter.